IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: CARLOS EDWIN TORRUELLAS CARRION

Bkrtcy. No. 11-08208-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

| | | | |
|---|---|---|---|
| Petition Filing Date: | Sep 27, 2011 | Meeting Date: Oct 28, 2011 | DC Track No. 18 |
| Days from petition date | 31 | Meeting Time: 1:00 PM | |
| 910 Days before Petition | 3/31/2009 | ☐ Chapter 13 Plan Date: Sep 27, 2011 Dkt.# 2 ☐ Amended. | |
| This is debtor(s) 1 Bankruptcy petition. | | Plan Base: $11,250.00 | |
| This is the 1 Scheduled Meeting | | Confirmation Hearing Date: Nov 18, 2011 | Time: 2:30 PM |

| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. | Date | Amount | Total Paid In: | $150.00 |
|---|---|---|---|---|---|

| I. | **Appearances:** | ☐ Telephone ☐ Video Conference | ☐ | Creditor(s) present: ☒ None. |
|---|---|---|---|---|
| ☒ | Debtor Present | ☒ ID & Soc. OK ☐ Debtor Absent | | |
| ☐ | Joint Debtor Present | ☐ ID & Soc. OK ☐ Joint Debtor Absent | | |
| | Debtor(s) was/were | ☐ Examined ☐ Not Examined under oath. | | |
| | Attorney for Debtor(s) | ☐ Present ☐ Not Present | | |
| ☐ | Substitute attorney: | ☐ Pro-se. | | |

| II. Attorneys Fees as per R 2016(b) Statement | Attorney of record: | **ROBERTO FIGUEROA CARRASQUILL\*** |
|---|---|---|
| Total Agreed: $3,000.00 | Paid Pre-Petition: $146.00 | Outstanding: $2,854.00 THROUGH THE PLAN |

| III. | Trustee's will file Motion to Dismiss: | ☐ For Failure to appear; ☐ For Failure to commence payments. |
|---|---|---|

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are) ☒ Under ☐ Above Median Income. Liquidation Value: 

Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 

$4.5% The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**

| ☐ | FEASIBILITY [§1325(a)(6)] | ☐ INSUFFICIENTLY FUNDED | ☐ To pay §507 | ☐ Fails Creditor's Best Interest Test §1325(A)(4) |
|---|---|---|---|---|
| ☒ | FAILS DISPOSABLE INCOME REQUIREMENTS | ☐ Tax returns requirements. [§1308] ___ | | |
| ☐ | Failure to comply with DSO requirements | ☐ Plan not filed in Good Faith §1325(a)(3) | ☐ Unfair Discrimination §1322(a)(3) | |

ADDITIONAL OBJECTIONS / COMMENTS:

Retirement loan matures on December 30, 2012 ($51.78)

Debtor must amend the Plan to provide for the
Surrender of the tax refund.

| /s/ José R. Carrión | /s/ | | |
|---|---|---|---|
| Trustee | Presiding Officer | Page 1 of 1 | Date: Oct 28, 2011 |